UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| DALE MANZELL MCDONALD, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | CAUSE NO. 3:04-CV-071 RM |
| ) | |
| DR. ALI AND DR. MITCHELLE, ) | |
| ) | |
| Defendants ) | |

OPINION AND ORDER

Dale Manzell McDonald, a *pro se* prisoner, filed a motion asking this court to reconsider its order directing re-service of the summons and the complaint. Mr. McDonald argues that he properly provided the court with the names and addresses of the defendants on the summons and complaint that he provided to the court. This argument misunderstands the problem with the prior attempt at service. It is not the summons or the complaint that were in question; it was the envelope addressed by the United States Marshals Service. The only evidence in this case of how those envelopes were addressed is the return receipts, neither of which include the name of either defendant. Mr. McDonald complains that this oversight should have been identified sooner. Maybe so, but the delay did not cure the defective service and so re-service was necessary. For the foregoing reasons, the motion (docket # 37) is **DENIED**.

SO ORDERED.

ENTERED: August  17 , 2005

   /s/ Robert L. Miller, Jr.
Chief Judge
United States District Court